### JACKSON v. STATE.

No. 20049.

Court of Criminal Appeals of Texas.

Dec. 21, 1938.

Horace H. Shelton, of Austin, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

GRAVES, Judge.

The appellant was convicted of burglary, and assessed a penalty of two years confinement in the penitentiary.

The record is before us with a statement of facts that reflect the guilt of appellant of the offense of burglary with intent to steal. The indictment appears regular, and the proof was evident. There are no bills of exception in the record. We see nothing further to review.

The judgment is affirmed.